PROB 12C
(7/93)

Report Date: December 1, 2010

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 02 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Angel Luis Botello          Case Number: 2:10CR00160-001

Address of Offender: Grant County Jail: 332 Division Ave. West, Ephrata, Washington 98823

Name of Sentencing Judicial Officer: The Honorable Garr M. King, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 2/2/2007

Original Offense:       Distribution of Cocaine, 21 U.S.C. §§ 841(a)(1), (b)(1)©)

Original Sentence:      Prison - 32 Months; TSR - 36          Type of Supervision: Supervised Release
                        Months

Asst. U.S. Attorney:    Pamela Byerly                         Date Supervision Commenced: 5/2/2008

Defense Attorney:       Federal Defenders                     Date Supervision Expires: 5/1/2011

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number       Nature of Noncompliance

    1                  **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local
                       crime.

                       **Supporting Evidence**: Mr. Botello violated conditions of his supervised release by being
                       arrested on or about October 10, 2010, in Grant County, Washington. According to an
                       information filed in Grant County Superior Court on October 11, 2010, Mr. Botello has been
                       charged with Ct 1: Possession with Intent to Manufacture/Deliver Controlled Substance,
                       69.50.401(2)(a); Ct. 2: Possession of Cocaine, 69.50.4013; Ct. 3: Possession with Intent to
                       Manufacture/Deliver Methamphetamine, 69.50.401(2)(b); Ct. 4: Possession of
                       Methamphetamine, 69.50.4013; and Ct. 5: Reckless Driving - Willful or Wanton Disregard,
                       46.61.500.

    2                  **Special Condition # 14**: You are prohibited from returning to the United States without
                       advance legal permission from the United States Attorney General or his designee. Should
                       you reenter the United States, you are required to report to the probation office within 72
                       hours of reentry.

Prob12C
Re: Botello, Angel Luis
December 1, 2010
Page 2

**Supporting Evidence**: The offender was released from Bureau of Prisons' custody on or about May 2, 2008, and turned over to the Bureau of Immigration Customs and Enforcement for deportation processing. Mr. Botello was deported from Del Rio, Texas, on May 2, 2008. The offender was again arrested for illegally entering the United States on or about October 12, 2010.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/01/2010

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

December 2, 2010
Date